UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:04-cr-103 |
| | ) | *Edgar* |
| BOBBY EDWARD HARVEY | ) | |

## **O R D E R**

For the reasons expressed in the Court's memorandum filed herewith, the defendant's motion for new trial [Doc. No. 49] is DENIED.

SO ORDERED.

ENTER this *4th day of May, 2005*.

                                                           */s/ R. Allan Edgar*
                                                   R. ALLAN EDGAR
                               CHIEF UNITED STATES DISTRICT JUDGE